IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

TERRY JEROME HUNT, JR.,

    Petitioner,

v.                                                                                  No. 1:20-cv-01170-JDB-jay
                                                                                     Re: 1:19-cr-10030-JDB-1

UNITED STATES OF AMERICA,

    Respondent.

ORDER DENYING MOTION FOR RECONSIDERATION

By order dated June 12, 2023, the Court denied the pro se 28 U.S.C. § 2255 motion of the Petitioner, Terry Jerome Hunt, Jr. (the "Petition"). (Docket Entry ("D.E.") 7.) Judgment was entered the following day. (D.E. 8.) On June 18, 2023, Hunt placed into the prison mail system a motion for reconsideration. (D.E. 9.) He argues therein that the United States Supreme Court "is about to render its decision in the highly anticipated case [of] Jones v. Hendrix," and that the dismissal order in the present case could be impacted by the eventual ruling in that case. (*Id.* at PageID 29.) On June 22, 2023, the Supreme Court issued its decision in *Jones*, holding that § 2255(e) "does not permit a prisoner asserting an intervening change in statutory interpretation to circumvent [the] restrictions on second or successive § 2255 motions by filing a [28 U.S.C.] § 2241 petition." *Jones v. Hendrix*, 143 S. Ct. 1857, 1864 (2023). Because the Petition was Hunt's first § 2255 motion, *Jones* has no application to the present case. The motion for reconsideration is therefore DENIED.

    IT IS SO ORDERED this 10th day of October 2023.

                                                                  s/ J. DANIEL BREEN
                                                                  UNITED STATES DISTRICT JUDGE